HELEN KILEY and VINCENT KILEY, Respondents, v. GENUNG'S, INC., Appellant. — In an action by the plaintiff wife to recover damages for personal injuries alleged to have been sustained when she was caused to fall by the presence of oil on the floor of defendant's rest room, and by the husband to recover for loss of services and medical expenses, there was a verdict for plaintiffs. Judgment of the City Court of Yonkers unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.